**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED IN CLERKS OFFICE
2018 JAN -9 PM 1: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>17-CR-10101-IT |
| DEFENDANT<br>Kevin Amell | TYPE OF PROCESS<br>PoF and MJ |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eaton Vance Corporation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 International Place, Boston, MA 02110

RECEIVED U.S. MARSHAL'S SERVICE BOSTON, MA — 2017 OCT 18 PM 4

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David Lazarus, Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve the attached Preliminary Order of Forfeiture and Money Judgment upon the above-named individual via certified mail, return receipt requested, or by regular mail if the certified mail is returned as undeliverable.

CATS ID: 17-FBI-002403         TCM x3345

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>617-748-3100 | DATE<br>10/17/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/18/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 11/21/17   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
Mary W[signature]

| Service Fee<br>65 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 7012 0470 0001 6522 8409
11/6/17 Delivered

(3)

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13